**OMEGA PATENTS, LLC, Plaintiff–Cross Appellant,**

v.

**FORTIN AUTO RADIO, INC., Defendant,**

and

**Directed Electronics, Inc., Defendant–Appellant.**

No. 2007–1352.

United States Court of Appeals,
Federal Circuit.

June 5, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).